# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13cr1267 MDD |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ARMANDO LOPEZ-VASQUEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

18:111(a)(1) - Assault on a Federal Officer

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/11/2013

_Barbara Major_
Barbara L. Major
U.S. Magistrate Judge